**Mark ST. ANGELO, Acting U.S. Trustee for Region 17, Plaintiff–Appellant,**

v.

**VICTORIA FARMS, INC., Defendant–Appellee.**

No. 93–15254.

United States Court of Appeals, Ninth Circuit.

Feb. 2, 1995.

Before: CHOY, POOLE, and REINHARDT, Circuit Judges.

**ORDER**

The opinion, 38 F.3d 1525, is amended as follows: the last paragraph of page 13245 [p. 1532] of the slip opinion (beginning "We need not") and the first two words of the following

paragraph on p. 13246 ("In addition,") shall be deleted.